IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **KEVIN M. KEAY**, | Civil Case No. 10-1099-ST |
| Plaintiff, | |
| | O R D E R |
| v. | |
| **UNITED STATES AIR FORCE**, | |
| Defendant. | |

_____

KING, Judge:

      The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on September 23, 2010. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708

F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#4) dated September 23, 2010 in its entirety.

IT IS HEREBY ORDERED that plaintiff's Application to Proceed In Forma Pauperis (#1) is granted. Plaintiff's Complaint is dismissed with prejudice, and without service of process, for lack of subject matter jurisdiction.

DATED this   22nd   day of October, 2010.

                                           /s/ Garr M. King
                                               GARR M. KING
                                         United States District Judge